# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 28, 2023

## NO. 03-22-00634-CR

## Ex parte Angel Rey Perez

**APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
DISMISSED AS MOOT-- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the order denying habeas relief signed by the trial court. Having reviewed the record, the Court concludes that the appeal is moot and should be dismissed. Therefore, the Court dismisses the appeal as moot. No adjudication of costs is made.